## Gale BURSE, Appellant,

v.

## BI–STATE DEVELOPMENT AGENCY, Respondent.

### No. 48180.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 21, 1984.

Robert R. Schwarz, Clayton, for appellant.

Steven G. Schumaier, Clayton, for respondent.

### ORDER

PER CURIAM.

Plaintiff appeals from a judgment entered on a jury verdict in favor of defendant in a personal injury action. The judgment is affirmed in accordance with Rule 84.16(b).

## STATE of Missouri, Respondent,

v.

## James F. McCONNELL, Appellant.

### No. WD 34599.

Missouri Court of Appeals,
Western District.

Aug. 21, 1984.

Joseph H. Locascio, Sp. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Deborah Neff, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and SOMERVILLE and KENNEDY, JJ.

### ORDER

PER CURIAM.

Appeal from a conviction of capital murder, § 565.001, RSMo 1978, and imposition of a life sentence without eligibility for probation or parole for fifty years, § 565.-008, RSMo 1978.

Judgment affirmed. Rule 30.25(b).